≤AO 245D   (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

FILED

2010 JUL 14  PM 3:54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

**SOUTHERN**          District of          **CALIFORNIA**

BY_____ DEPUTY

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| ANTONIO PENA-GARCIA (1) | (For Offenses Committed On or After November 1, 1987) |

Case Number: 07CR2108-BEN

FD BY AMY KAPOOR
_____
Defendant's Attorney

**REGISTRATION No.** 58931198

THE DEFENDANT:

[x] admitted guilt to violation of allegation(s) No.   1 AND 2 OF THE OSC.

[ ] was found in violation of allegation(s) No. _____ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 | Committed a federal, state or local offense (nv1) |
| 2 | Illegal entry into United States (nv35) |

___Supervised Release___   is revoked and the defendant is sentenced as provided in pages 2 through __2__ of this judgment.
This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

　　　　IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

JULY 9, 2010
_____
Date of Imposition of Sentence

_____
HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

07CR2108-BEN

AO 245B    (Rev. 9/00) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: ANTONIO PENA-GARCIA (1)
CASE NUMBER: 07CR2108-BEN

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

TWENTY-ONE (21) MONTHS CONSECUTIVE TO THE SENTENCE IMPOSED IN CASE 10CR0888-JAH.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

     as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

07CR2108-BEN